**Affirmed and Memorandum Opinion filed May 2, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00807-CR

---

**JOSE ANGEL MORENO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1322999**

---

## M E M O R A N D U M   O P I N I O N

A jury convicted appellant of the offense of aggravated sexual assault of a child under fourteen (14) years of age. On August 24, 2012, the trial court sentenced appellant to confinement for nine (9) years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a notice of appeal.

Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirement of *Anders*

*v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), by advancing frivolous contentions which might arguably support the appeal.  *See Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); and *Currie v. State,* 516 S.W.2d 684 (Tex. Crim. App. 1974).  A copy of counsel's brief was delivered to appellant.  Appellant was advised of the right to examine the appellate record and file a pro se response.  *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. (Tex. Crim. App.1991).  As of this date, no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record.  We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review.  *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.

PER CURIAM

Panel consists of  Chief Justice Hedges and Justices Frost and Donovan.
Do Not Publish — Tex. R. App. P. 47.2(b).